UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-22116-CIV-KING

JABORIE BROWN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the July 27, 2009 Report and Recommendation ("R&R") of Magistrate Judge Patrick A. White, recommending that Petitioner's petition for writ of habeas corpus be dismissed (D.E. #3).

After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Patrick A. White's July 27, 2009 Report and Recommendation **(D.E. #3)** be, and the same is, hereby **AFFIRMED and ADOPTED**.

2. Plaintiff's Petition for Writ of Habeas Corpus **(D.E. #1)** be, and the same is hereby, **DISMISSED**.

3. All unresolved motions in this case are hereby **DENIED as MOOT**.

4. The Clerk of the Court shall **CLOSE** this case.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of July, 2009.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**Clerk of Court**

**Magistrate Judge Patrick A. White**

**Jaborie Brown**
Reg #60132-004
US Penitentiary
P.O. Box 305
Jonesville, VA 24263